FILED
CLERK, U.S. DISTRICT COURT
1/24/25
CENTRAL DISTRICT OF CALIFORNIA
BY: V. Figueroa  DEPUTY

JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
DECLAN T. CONROY (Cal. Bar No. 350570)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
International Narcotics, Money Laundering,
 and Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2872/0813
     Facsimile: (213) 894-6269
     E-mail:    declan.conroy@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AARON GOMEZ, <br>   aka "Blanco," <br> JONATHAN FERNANDO GONZALEZ, <br>   aka "Trigger," <br> ANTHONY GONZALEZ, <br>   aka "Richie," <br> JESSE PERALES, and <br>   aka "Cartoon," <br><br> Defendants. | No. CR 2:25-25-FMO <br><br> ORDER UNSEALING CASE |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application to: unseal the case and indictment, except for the complaint, in the above-captioned matter is GRANTED.

//

//

The Clerk of Court shall unseal the above-captioned matter, so that the entire matter, including all the docket entries except the complaint, appears on the public docket.

IT IS SO ORDERED.

January 24, 2025                                    /s/
DATE                                   HONORABLE FERNANDO M. OLGUIN
                                       UNITED STATES DISTRICT JUDGE

Presented by:

 /s/
DANIEL H. WEINER
Assistant United States Attorney